# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

Clifford W. Taylor,
Chief Justice

130955

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
DENNIS J. HAUT,
Robert P. Young, Jr.
    Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

SC: 130955
COA: 264244
Arenac CC: 04-008969-CK

STANDISH-STERLING COMMUNITY
SCHOOL DISTRICT and CLAUDE INCH,
    Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

s0724